NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

```
              FILED
    CLERK, U.S. DISTRICT COURT

         SEP 21 2023

  CENTRAL DISTRICT OF CALIFORNIA
  BY:        rsm        DEPUTY
```

ATTORNEY(S) FOR: Plaintiff - Pro Se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS<br><br>Plaintiff(s),<br>v.<br>OWNER OF TELEPHONE NUMBER<br>818-445-5322<br><br>Defendant(s). | CASE NUMBER:<br><br>**2:23-CV-07939-PA-JCx**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff, pro se, _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JORGE ALEJANDRO ROJAS | Plaintiff. |

09/21/2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Jorge Alejandro Rojas

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES

Respectfully submitted,

Dated: September 21, 2023

_(signature)_

JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582