Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>   v.<br><br>OWNER OF TELEPHONE NUMBER 818-445-5322, AMERICAN HOME IMPROVEMENT INC, and MOSHE BEN NISSAN,<br><br>                Defendants. | Case No. 2:23-cv-07939-PA-JC<br><br>Judge Percy Anderson<br>Magistrate Judge Jacqueline Chooljian<br><br>**NOTICE OF SETTLEMENT** |

     Plaintiff, Jorge Alejandro Rojas, informs the Court that the parties have reached a settlement in this matter which will dismiss this action as to all Defendants with prejudice. Plaintiff anticipates filing a Notice of Voluntary Dismissal within the next sixty-five (65) days, and respectfully requests that the Court vacate all deadlines in this matter.

     Respectfully Submitted,

     Dated: October 25, 2023

                                                   /s/ Jorge Alejandro Rojas
                                                 JORGE ALEJANDRO ROJAS
                                                 Rojas.jorge96@gmail.com
                                                 Plaintiff in Pro Se
                                                 557 Cambridge Way
                                                 Bolingbrook, IL 60440
                                                 (424) 219-1582

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document will be served on all parties via electronic mail, consent to do so which was obtained in writing.

Dated: October 25, 2023

                                           _____

                                           /s/ Jorge Alejandro Rojas
                                           JORGE ALEJANDRO ROJAS