Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                    Plaintiff,<br><br>         v.<br><br>OWNER OF TELEPHONE NUMBER 818-445-5322, AMERICAN HOME IMPROVEMENT INC, and MOSHE BEN NISSAN,<br><br>                    Defendants. | Case No. 2:23-cv-07939-PA-JC<br><br>Judge Percy Anderson<br>Magistrate Judge Jacqueline Chooljian<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice, as to all Defendants.

Respectfully Submitted,

Dated: December 18, 2023

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

The undersigned certifies that this document will be served on all parties via electronic mail, consent to do so which was obtained in writing.

Dated: December 18, 2023

_____

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS